IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLIE WOODY, on behalf of the INSULATORS AND ALLIED WORKERS LOCAL NO. 46 ANNUITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>USA DEBUSK, LLC and G&A ENVIRONMENTAL CONTRACTORS, LLC,<br><br>Defendants. | Case No. 3:19-cv-01018<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment (Doc. No. 21) filed by defendants USA DeBusk, LLC and G&A Environmental Contractors, LLC, seeking judgment in their favor against the plaintiff, Charlie Woody, on behalf of the Insulators and Allied Workers Local No. 46 Annuity Fund, is **DENIED**.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge